IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Case No. 3:21cr132(1) |
| Plaintiff, | : | JUDGE WALTER H. RICE |
| vs. | : | |
| FRANK CHATMAN, JR., | : | |
| Defendant. | : | |

## PRELIMINARY PRETRIAL ORDER; NEW TRIAL DATE AND OTHER DATES SET

| | |
|---|---|
| Date of Scheduling Conference | 10/17/2022 |
| Jury Trial Date | 12/12/2022 |
| Final Pretrial Conference (by telephone) | 12/5/2022 at 5:00 pm |
| Motion Filing Deadline | |
|    Oral and Evidentiary Motions | 11/21/2022 |
|    Other Motions | 11/28/2022 |
| Discovery Cut-off (all discovery must be furnished by this date) | 11/14/2022 |
| Speedy Trial Deadline | 12/13/2022 |
| Discovery out – Plaintiff to Defendant | completed by 10/24/2022 |

October 18, 2022

*(signature)*

WALTER H. RICE
UNITED STATES DISTRICT JUDGE