IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | Case No. 3:21cr132(1) |
| **Plaintiff,** | : | **JUDGE WALTER H. RICE** |
| v. | : | |
| **FRANK CHATMAN, JR.** | : | |
| **Defendant.** | : | |

**PRELIMINARY PRETRIAL ORDER; NEW TRIAL DATE AND OTHER DATES SET**

| | |
|---|---|
| Date of Scheduling Conference | 2/15/2023 |
| Jury Trial Date | 4/17/2023 |
| Final Pretrial Conference (by telephone) | Mon, 4/10/2023 at 5:00 pm |
| Motion Filing Deadline | |
|     Oral and Evidentiary Motions | 3/17/2023 |
|     Other Motions | 3/24/2023 |
| Discovery Cut-off (all discovery must be furnished by this date) | 3/17/2023 |
| Speedy Trial Deadline | waived by Motion to Continue (#73) and agreement to 4/27/2023 trial date, the Court finding that within the factual and legal confines of this case, the ends of justice outweigh the interest of the public and the Defendant in a speedy trial. 18 United States Code § 3161 et seq. |
| Discovery out – Plaintiff to Defendant | done |

February 16, 2023

*/s/ Walter H. Rice*
WALTER H. RICE
UNITED STATES DISTRICT JUDGE