IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

UNITED STATES OF AMERICA

    Plaintiff,

vs.      Case No. 3:21-cr-132(1)

FRANK CHATMAN, JR.,      JUDGE WALTER H. RICE

    Defendant.

---

DECISION AND ENTRY OVERRULING DEFENDANT'S MOTION TO SUPPRESS EVIDENCE IN THE FORM OF PROPERTY SEIZED AND STATEMENTS GIVEN (DOC. #75).

---

Pursuant to the record made, during a telephone conference call between Court and counsel on Tuesday, August 22nd, 2023 (transcript attached), as well as a thorough review of this Court's file and the applicable law, this Court finds Defendant's motion to suppress both evidence seized and statements given to law enforcement to be not well taken and same is, therefore, overruled in its entirety.

August 25, 2023

                                       WALTER H. RICE
                                       UNITED STATES DISTRICT JUDGE

cc:    Counsel of Record

WHR/clb